# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**C.A. NO.:  1:19-cv-12565**

| | |
|---|---|
| **PENN-AMERICA  INSURANCE  COMPANY** | ) |
|     **Plaintiff** | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **HARTFORD  FIRE  INSURANCE  COMPANY,** | ) |
|     **Defendant** | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff, Penn-America Insurance Company dismisses the above-entitled action without prejudice and without costs to any party.

**Penn-America Insurance Company,**
**By its Attorneys,**

*/s/ Richard J. Riley*

**Richard J. Riley, BBO# 420610**
**Melissa S. Arnold, BBO# 655292**
**MURPHY & RILEY, P.C.**
**125 High Street, Suite 2311**
**Boston, MA 02110**
**(617) 423-3700**
**rriley@murphyriley.com**
**marnold@murphyriley.com**

**DATED:  October 13, 2020**

1

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed
through the ECF system will be sent
electronically to the registered participants as
identified on the Notice of Electronic Filing
(NEF) and mailed and electronically mailed
to a representative for Hartford.

***/s/ Richard J. Riley***

DATED: October 13, 2020